# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0133.  CHRISTY  DIAMOND  v.  DEPARTMENT  OF TRANSPORTATION, et al.**

**A13I0134.  JAY  DIAMOND  v.  DEPARTMENT  OF  TRANSPORTATION, et al.**

Christy Diamond and Jay Diamond each filed a negligence action against several defendants, including the Department of Transportation.  The Department of Transportation filed a motion to dismiss and motion for summary judgment in each case, arguing that the actions were barred by the doctrine of sovereign immunity and that it owed no duty to the plaintiffs.  The trial court granted both motions, and the plaintiffs seek interlocutory review of these rulings.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985).  Thus, the order that the plaintiffs seek to appeal is directly appealable and not subject to the interlocutory appeal requirements. Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980) ("This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n.1 (602 SE2d 246) (2004).  Accordingly, this application is ordered GRANTED.

Christy Diamond and Jay Diamond shall have ten days from the date of this order to file a notice of appeal in the trial court, if one has not already been filed. The trial court clerk is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __02/13/2013__
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*